## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, FBI Task Force Officer Michael J. McGee, depose and state as follows:

## AGENT BACKGROUND

1. I am employed as a police officer with the Manchester, New Hampshire Police Department and have been so since July 2014. I am currently assigned to the Federal Bureau of Investigation's (FBI) New Hampshire Safe Streets Gang Task Force, which works to dismantle and disrupt criminal organizations and streets gangs in and around the state of New Hampshire. I have been assigned to this task force since March of 2021. Prior to joining the task force, I was assigned to Manchester Police Department's Anti-Crime Unit where I focused on the deterrence and apprehension of violent offenders with a special emphasis on criminal street gangs. I was assigned to the Anti-Crime Unit between November 2021 and March 2021. Prior to joining the Anti-Crime Unit, I was assigned to the Gang Prevention Unit where I strictly focused on criminal street gangs within the city of Manchester. My duties within the Gang Prevention Unit consisted of apprehension, deterrence, and intervention of individuals associated with criminal street gangs. I was assigned to the Gang Prevention Unit in June 2017.

2. During my employment as a police officer, I have successfully completed the Manchester Police In-House Academy as well as the New Hampshire Police Standards and Training Council Academy located in Concord, New Hampshire. I have received specialized investigatory training in numerous areas to include, gang investigations, drug investigations, criminal interdiction, and I am a certified Professional Gang Investigator by the East Coast Gang Investigators Association. I have responded to, investigated, or participated in the investigation of many crimes to include homicides, aggravated assaults,

robberies, burglaries, thefts, and drug related crimes. I have a Bachelor of Arts in Criminal Justice from Saint Anselm College in Manchester, New Hampshire. In my current assignment I have tracked, interviewed, investigated, and otherwise spoken with several persons involved with gangs, violent crimes, and drug trafficking.

## PURPOSE OF AFFIDAVIT

3. I submit this affidavit in support of a Criminal Complaint to support the arrest of and to charge Michael Roux (DOB    1981) with the unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). As set forth herein, there is probable cause to believe that in the District of New Hampshire, Roux possessed a firearm in violation of this statute.

4. The information set forth in this affidavit is based on my personal participation in this investigation, as well as my training and experience, and information received from other law enforcement officers. I have not set forth every detail I or other law enforcement agents know about this investigation but have set forth facts that I believe are sufficient to evaluate probable cause of the issuance of the requested complaint.

## STATUTORY AUTHORITY

5. This investigation relates to a crime in the District of New Hampshire involving the unlawful possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1), which makes it a crime for any person to possess a firearm or ammunition after having been convicted of a crime in any court of a crime punishable by imprisonment for a term exceeding one year.

## PROBABLE CAUSE

6. On or about November 22, 2011, Michael Roux was convicted of Conspiracy to Distribute Controlled Substances (Felony) out of the District Court of New Hampshire and

sentenced to 120 months prison time with 36 months supervised release. Roux is legally prohibited from possessing firearms and ammunition by virtue of this felony conviction.

7. On November 3, 2021, law enforcement applied for and were authorized a warrant to search the premise of ▆▆▆▆▆▆▆▆▆▆ Manchester, NH by the Honorable United Stated Magistrate Judge Andrea K. Johnstone (District of New Hampshire).

8. On November 5, 2021, members of the Federal Bureau of Investigation (FBI) and the Manchester Police Department (MPD) executed the aforementioned search warrant at ▆▆▆▆▆▆▆▆▆▆.

9. Upon initial clearing of the residence several occupants were located inside of the target premise. One of the individuals located inside of the apartment was Michael Roux (YOB: 1981). Roux was detained and brought outside in order to collect an oral DNA sample authorized by the warrant. Following this Roux was brought back inside of the residence to collect his clothing to wear. Roux was then informed he was free to depart the target premise. Prior to departing the target premise Roux informed law enforcement that he had a loaded firearm on the shelf in the closet in his bedroom. Roux's bedroom was described as the master bedroom on the northwest corner of unit 1, the same place from which Roux had just retrieved his clothes.

10. Following the departure of all the residents from the target premise the search team was compiled from members of the FBI and MPD. MPD Sgt. Joseph Lorenzo and FBI TFO Michael McGee (undersigned) were assigned to search the master bedroom belonging to Michael Roux and his wife, Crystal Lopez. TFO McGee located a purple Crown Royal bag on a shelf in the closet of the master bedroom. Inside of this bag TFO McGee located the following firearm: Smith and Wesson M & P Shield 9mm, serial number – ▆▆▆▆▆▆▆. This firearm was loaded with one 9mm round in the chamber and six (6) 9mm rounds in the magazine which was inserted inside

of the firearm. No other firearms were located inside of the master bedroom belonging to Roux and Lopez. Based on the discovery of the firearm inside of the closet, which was previously determined to belong to Roux, along with Roux's statement to law enforcement that he had a firearm in the closet in his bedroom, I believe this firearm did in fact belong to Roux.

11. This firearm, amongst 12 others located inside of the target premise, were secured into evidence by MPD Sgt. Ryan Brandreth and MPD Det. Justin Mangum for further test firing and processing. Following the execution of the search warrant it was learned that the Smith and Wesson firearm was reported stolen out of Nashua, NH in 2016.

12. On January 11, 2022, an expert from the Bureau of Alcohol, Tobacco, Firearms and Explosives inspected the aforementioned Smith and Wesson firearm and determined that it was not manufactured in New Hampshire, it traveled in interstate or foreign commerce, and it meets the federal definition of a firearm under the Gun Control Act.

13. Based on the foregoing, I submit that there is probable cause to believe that Roux possessed the above-referenced firearm after having been convicted of at least one felony offense, in violation of 18 U.S.C. § 922(g)(1). Therefore, I respectfully request that a criminal complaint be issued to support the arrest of and to charge Roux with a violation of 18 U.S.C. § 922(g)(1).

> /s/ Michael J. McGee
> Michael J. McGee, Task Force Officer
> Federal Bureau of Investigation

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. P. 41 and affirmed under oath the contents of this affidavit and application.

Date: Jan 13, 2022

Time: 4:55 PM, Jan 13, 2022

_____
The Honorable Andrea K. Johnstone
United States Magistrate Judge